IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

EUNICE CICH,

      Petitioner,

v.                                   Case No. 5D17-2933

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed October 20, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Eunice Cich, Ocala, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the March 8, 2016 judgments and sentences in Case No. 2014-301210-CFDB, in the Circuit Court in and for Volusia County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

COHEN, C.J., LAMBERT and EDWARDS, JJ., concur.